# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

Case No.  **CV 17-3319-JFW(JCx)**                                        Date: May 31, 2017

Title:    A-Fordable Billing Solution, Inc. -v- Artemis Hill Recovery, Inc., et al.

---

**PRESENT: HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                      None

**PROCEEDINGS (IN CHAMBERS):**    **ORDER TO SHOW CAUSE**

Based on the Joint Report filed May 30, 2017, it appears that counsel for Plaintiff failed to participate in the Rule 26(f) conference. Accordingly, Plaintiff is ordered to show cause in writing by June 2, 2017 why the Plaintiff's counsel should not be sanctioned in the amount of $1,500.00 and why this action should not be dismissed. No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions and the dismissal of this action.

IT IS SO ORDERED.

Initials of Deputy Clerk   sr