1   ARIA M. ROHAIDY, State Bar No. 143713
    mmr@tsyslaw.com
2   ALISON S. FLOWERS, State Bar No. 271309
    asf@tsyslaw.com
3   TAUBMAN, SIMPSON, YOUNG & SULENTOR
    A Professional Corporation                                    JS-6
4   One World Trade Center, Suite 400
    Long Beach, California 90831-0400
5   (562) 436-9201; Fax (562) 590-9695

6   Attorneys for:  ARTEMIS HILL RECOVERY, INC., Cross-Complainant

7

8                    UNITED STATES DISTRICT COURT

9       FOR THE CENTRAL DISTRICT OF CALIFRONIA, WESTERN DIVISION

10

| | |
|---|---|
| 11  A-FORDABLE BILLING SOLUTION, INC., a California corporation,<br><br>12<br><br>           Plaintiff,<br>13  v.<br><br>14  ARTEMIS HILL RECOVERY, INC., a California corporation, and DOES 1 through 10 inclusive,<br>15<br>16<br>           Defendants.<br>17 | Case No.  2:17-cv-03319-JFW(JCx)<br><br>**ORDER RE STIPULATION OF DISMISSAL** |
| 18  ARTEMIS HILL RECOVERY, INC., a Nevada corporation,<br>19<br>20<br>           Cross-Complainant<br>21<br>22  v.<br>23  A-FORDABLE BILLING SOLUTION, INC., a California corporation; UNITED<br>24  STATES OF AMERICA, a sovereign government, by and through its agency,<br>25  THE UNITED STATES DEPARTMENT OF TREASURY, INTERNAL REVENUE<br>26  SERVICE,; and MOES and ROES 1 through 20, inclusive,<br>27<br>           Cross-Defendants.<br>28 | |

On July 31, 2017, Cross-Complainant Artemis Hill Recovery, Inc. ("Artemis") and Cross-Defendant the United States of America ("USA") (collectively, the "parties") filed a Stipulation of Dismissal.

Having considered the stipulation of the parties,

IT IS HEREBY ORDERED as follows:

1.      The Court hereby dismisses the above-entitled action in its entirety, with each party to bear their own attorneys' fees and costs.  All scheduled dates and deadlines are VACATED.

2.      The surrender of $25,084.38 by Artemis to the IRS is in compliance with Title 26 United States Code section 6332(a) and discharges Artemis of any obligation or liability to USA and ABS with respect to the $25,084.38 at issue in the Complaint and the instant Cross-Complaint in Interpleader, and resolves all remaining issues in the instant Cross-Complaint in Interpleader.

IT IS SO ORDERED.

Dated: August 2, 2017

_____
The Hon. John F. Walter
U.S. District Court Judge